580

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JAMES COVINGTON, Petitioner-Appellant.

(No. 61111;

First District (1st Division)—June 2, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Leonard Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL GRIFFIN, Defendant-Appellant.

(No. 59004; ▬▬▬▬▬▬)

First District (2nd Division)—June 3, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Judith A. Stewart, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.